ADRMOP, CLOSED, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02700-MHP

| | |
|---|---|
| Konieczka, et al v. Intel Corporation | Date Filed: 06/30/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Ronald Konieczka**  represented by  **Jeffrey S. Goldenberg**
*individually and on behalf of all others*  Murdock Goldenberg Schneider &
*similarly situated*  Groh, P.A.
  700 Walnut Street
  Suite 400
  Cincinnati, OH 45202-2011
  513-345-8291
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Jeffrey F. Keller**
  Law Officces of Jeffrey F. Keller
  425 Second Street
  Suite 500
  San Francisco, CA 94107
  (415) 543-1305
  Fax: 415-543-7861
  Email: jfkeller@kellergrover.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Anthony D. Shapiro**
  Hagens Berman Sobol Shapiro LLP
  1301 Fifth Avenue
  Suite 2900
  Seattle, WA 98101
  206-623-7292
  Fax: 206-623-0594
  Email: tony@hbsslaw.com
  *ATTORNEY TO BE NOTICED*

  **Elaine T. Byszewski**
  Hagens Berman Sobol Shapiro LLP
  700 South Flower Street
  Suite 2940
  Los Angeles, CA 90017-4101
  213-330-7150

Fax: 213-330-7152
Email: elaine@hagens-berman.com
*ATTORNEY TO BE NOTICED*

**John C. Murdock**
Murdock & Goldengerg Schneider & Groh, L.P.A.
700 Walnut Street
Suite 400
Cincinnati, OH 45202-2011
513-345-8291
*ATTORNEY TO BE NOTICED*

**Kathleen R. Scanlan**
Law Offices of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107
415-543-1305
Fax: 415-543-7861
Email: kscanlan@jfkellerlaw.com
*ATTORNEY TO BE NOTICED*

**Lee M. Gordon**
Hagens Berman Sobol Shapiro LLP
700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101
213/330-7150
Fax: 213/330-7152
Email: lee@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Intel Corporation** *a Delaware corporation* | represented by | **Christopher B. Hockett** Bingham McCutchen LLP Three Embarcadero Center San Francisco, CA 94111-4067 |

415-393-2000
Fax: 415-393-2286
Email: chris.hockett@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: joy.fuyuno@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Greenwald**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415/393-2000
Fax: 415/393-2286
Email: julie.greenwald@bingham.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2005 | 1 | CLASS ACTION COMPLAINT; Jury Trial Demanded against Intel Corporation (Filing fee $ 250.00, receipt number 3373882.). Filed byRonald Konieczka. (gba, COURT STAFF) (Filed on 6/30/2005) Additional attachment(s) added on 8/2/2005 (gba, COURT STAFF). (Entered: 06/30/2005) |
| 06/30/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/24/2005. Case Management Conference set for 10/31/2005 04:00 PM. (Attachments: # 1 Standing Order)(gba, COURT STAFF) (Filed on 6/30/2005) (Entered: 06/30/2005) |
| 06/30/2005 |  | Summons Issued as to Intel Corporation. (gba, COURT STAFF) (Filed on 6/30/2005) (Entered: 06/30/2005) |
| 06/30/2005 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 6/30/2005) (Entered: 06/30/2005) |
| 07/20/2005 | 3 | STIPULATION re 1 Complaint *and [Proposed] Order to Continue Filing Date for Defendant's Response to Plaintiff's Complaint* by Intel Corporation. (Greenwald, Julie) (Filed on 7/20/2005) (Entered: 07/20/2005) |
| 07/22/2005 | 4 | AFFIDAVIT of Service for Complaint, Summons, CMC, ECF Regis., Mag. Jdx., ADR served on Intel Corporation (Gerome Jones, C.T. |

| | | |
|---|---|---|
| | | Corporation System as agent) on July 1, 2005, filed by Ronald Konieczka. (Keller, Jeffrey) (Filed on 7/22/2005) (Entered: 07/22/2005) |
| 07/26/2005 | 5 | STIPULATION AND ORDER extending time for defendants to file responsive pleading; Signed by Judge Marilyn Hall Patel on 7/25/2005. (awb, COURT-STAFF) (Filed on 7/26/2005) (Entered: 07/26/2005) |
| 07/27/2005 | 6 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: 1 (gba, COURT STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/27/2005 | 7 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/26/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 8 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 08/26/2005 | 9 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/20/2005 | 10 | Proposed Order *Stipulation and Proposed Order (staying deadlines pending MDL decision)* by Ronald Konieczka. (Keller, Jeffrey) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/24/2005 | 11 | STIPULATION AND ORDER vacating Case Management Conference, to be reset if necessary pending MDL determination; Signed by Judge Marilyn Hall Patel on 10/24/2005. (awb, COURT-STAFF) (Filed on 10/24/2005) (Entered: 10/24/2005) |
| 11/08/2005 | 12 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 13 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 12/17/2005 | 14 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| 01/10/2006 | 15 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/12/2006 06:27:06 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02700-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |