1   Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  RONALD KONIECZKA, individually and on      No. C-05-2700
    behalf of all others similarly situated,
13                                              STIPULATION AND [PROPOSED]
                                                ORDER TO CONTINUE FILING DATE
14          Plaintiff,                          FOR DEFENDANT'S RESPONSE TO
        v.                                      PLAINTIFF'S COMPLAINT
15  INTEL CORPORATION, a Delaware
    corporation,
16
            Defendant.
17

18          IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
19  COUNSEL AS FOLLOWS:
20          Pursuant to Civil Local Rule 6-2, Plaintiff Ronald Konieczka and Defendant Intel
21  Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be
22  due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate
23  or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days
24  after any such motion has been denied. The parties request this transfer because the plaintiffs in
25  *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,
26

1  have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
2  1407, and the above-styled action has been identified as a related action to that petition. As a
3  result the outcome of the pending petition will impact significantly the schedule of this case.
4      This is the first stipulation between the parties. Because this litigation has just
5  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
6  IT IS HEREBY STIPULATED.
7  DATED: July 17, 2005

8
9                  Bingham McCutchen LLP
10
11                  By: _____
                      JOY K. FUYUNO
12                        Attorneys for Defendant
                      Intel Corporation
13
14
15                  Law Offices of Jeffrey F. Keller
16
17                  By: _____
18                        JEFFREY F. KELLER
                      Attorneys for Plaintiff
19                        Ronald Konieczka
20
21
22
23
24
25
26

### [PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July ____, 2005

_____
Honorable Marilyn Hall Patel
United States District Judge