JEFFERY F. KELLER (SBN 148005)
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 296-8892

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RONALD KONIECZKA | CASE NUMBER |
|---|---|
| Plaintiff, | C05-02700 MHP |
| V. | |
| INTEL CORPORATION | DECLARATION OF SERVICE |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; WELCOME TO THE U.S. DISTRICT COURT - SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the person served as follows:

- Served : INTEL CORPORATION
- By serving : Gerome Jones, Authorized Agent
- Address : C.T. Corporation System
  818 W. 7th Street
  Los Angeles, CA 90017
- Date of Service : July 1, 2005
- Time of Service : 2:50 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 6, 2005

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Los Angeles
Number 140

Signature: _____
PAUL NAGLE

171484