1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, California 94111-4067
4  Telephone: (415) 393-2000

5  Attorneys for Defendant
   Intel Corporation

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | RONALD KONIECZKA, individually and on behalf of all others similarly situated | No. 05-2700
13 |                                                                                | DEFENDANT INTEL
   |                   Plaintiff,                                                   | CORPORATION'S FED. R. CIV.
14 |           v.                                                                   | PROC. 7.1 AND CIVIL L.R. 3-16
   |                                                                                | DISCLOSURE STATEMENTS
15 | INTEL CORPORATION,
16 |                   Defendant.

1        Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies

2 that there is no parent company and no publicly held entity that owns 10% or more of Intel.

3        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other

4 than the named parties, there is no such interest to report.

5 DATED: August 26, 2005

6                          BINGHAM McCUTCHEN LLP

7

8                   By:       /s/ *Joy K. Fuyuno*

9                                Joy K. Fuyuno
                                Attorneys for Defendant

10                                 Intel Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT