# Mailing Information for a Case 1:05-cv-00775-JJF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elaine T. Byszewski**
  elaine@hagens-berman.com

- **Joy K. Fuyuno**
  joy.fuyuno@bingham.com

- **Lee M. Gordon**
  lee@hbsslaw.com

- **Jeffrey F. Keller**
  jfkeller@kellergrover.com

- **Kathleen R. Scanlan**
  kscanlan@jfkellerlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`